# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| HAROLD L. ZUBERS JR., | : | No. 858 MAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENN PHOTOMOUNTS, INC. AND C. | : | |
| DAVID MATTHIAS, | : | |
| | : | |
| Petitioners | : | |
| HAROLD L. ZUBERS JR., | : | No. 859 MAL 2016 |
| | : | |
| Respondent | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PENN PHOTOMOUNTS, INC. AND C. | : | |
| DAVID MATTHIAS AND ALISON S. | : | |
| MATTHIAS, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 20th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.